IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                           Case No. 3:23-cr-20-2

    vs.

JAMEL WILLIAMS,                          District Judge Michael J. Newman

    Defendant.

_____

**ORDER: (1) DENYING DEFENDANT'S MOTION AND AMENDED MOTION FOR A RELEASE ON FURLOUGH TO ATTEND A CLOSE FAMILY MEMBER'S FUNERAL (Doc. Nos. 86, 87); AND (2) SUGGESTING DEFENDANT BE PERMITTED TO REMOTELY VIEW THE FUNERAL SERVICE OF DONTA L. RAGLAND**
_____

This matter is before the Court on Defendant's motion and amended motion, through counsel, for a release on furlough to attend a close family member's funeral. Doc. Nos. 86, 87. Defendant explains that his first cousin, Donta L. Ragland, has died unexpectedly. *Id*. Defendant emphasizes he was very close with Mr. Ragland and is devastated by his loss. *Id*. The visitation and funeral services for Mr. Ragland are scheduled for tomorrow, April 19, 2025, at the Robert C. Henry Funeral Home in Springfield, Ohio. *Id*. at PageID 387. Defendant is presently in pretrial detention at the Butler County Jail in Hamilton, Ohio.

Although the Court is sensitive to Defendant's devastating loss, the Court finds that releasing Defendant on furlough is unwarranted due to his previous bond violation in this case and the reasons Magistrate Judge Gentry provided when revoking his bond. *See* Doc. No. 51 at PageID 117-20. This includes, most significantly, the seriousness of the felony charges he presently faces in the instant case, and the high degree of danger he potentially presents to children and the community, as indicated

by his indictment on a charge of possession with intention to distribute a mixture containing cocaine and a mixture containing fentanyl within 1000 feet of a public elementary school, and his pending narcotics-related firearms charges, *see* Doc. No. 5 at PageID 9-11.

Accordingly, Defendant's motion and amended motion are **DENIED**.  The Court, however, suggests the U.S. Marshal and/or jail facility permit Defendant to view a live stream video of the funeral services, if possible and practicable.  Defendant's family, with the assistance of Defendant's counsel (if necessary), is to make appropriate arrangements with the U.S. Marshal and/or Butler County Jail personnel with regard to live streaming the funeral service.

**IT IS SO ORDERED**.

April 18, 2025                                              s/*Michael J. Newman*
                                                                     Hon. Michael J. Newman
                                                                     United States District Judge