IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:23-cr-20-2

vs.

JAMEL WILLIAMS,                          District Judge Michael J. Newman

    Defendant.

___

**ORDER: (1) DENYING DEFENDANT'S MOTION FOR FURLOUGH TO ATTEND THE FUNERAL OF HIS MOTHER (Doc. No. 100); AND (2) SUGGESTING DEFENDANT BE PERMITTED TO REMOTELY VIEW HIS MOTHER'S FUNERAL SERVICE**

___

This matter is before the Court on Defendant's motion for leave to attend the funeral of his mother. Doc. No. 100. Defendant is currently in pretrial detention at the Butler County Jail in Hamilton, Ohio.

Defendant has been informed that his mother passed on away on May 21, 2025. *Id*. at PageID 483. Her funeral is scheduled for Saturday May 31, 2025 at the Ebenezer Church of God in Christ, in Fremont, Ohio. *Id*. at PageID 483-84. The viewing is set for 11:00 a.m. to noon; the Celebration of Life is set to begin at noon. *Id*. at PageID 484.

Although the Court is sensitive to Defendant's situation, the seriousness of the felony charges he presently faces in the instant case—including conspiracy to possess with intent to distribute fentanyl and cocaine; possession with intent distribute fentanyl within 1,000 feet of a public elementary school; and possession of a firearm in furtherance of a serious drug offense (Doc. No. 5); and due to the life-threatening danger that the narcotics at issue (fentanyl and cocaine) pose to individuals, including children and Defendant, his motion is **DENIED**.

The Court **SUGGESTS** the United States Marshals Service and/or personnel at the Butler County Jail permit Defendant to view a live stream video of the funeral services, if possible and practicable. Defendant's counsel shall assist (if necessary) in making appropriate arrangements with the Marshals Service and/or Butler County Jail personnel for Defendant to view a live streaming funeral service, if one is available.

**IT IS SO ORDERED**.

May 30, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

cc: United States Marshals Service
Dayton, Ohio

United States Probation and Pretrial Services
Dayton, Ohio